**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

KENNETH INGRAM, a single man;
WYLIE HARRISON, a single man,

        Plaintiffs-Appellants,

v.

RTW, INC.,

        Defendant-Appellee.

No. 16-16806

D.C. No. 2:13-cv-02265-SPL

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Steven Paul Logan, District Judge, Presiding

Argued and Submitted May 14, 2018
San Francisco, California

Before: THOMAS, Chief Judge, FRIEDLAND, Circuit Judge, and ZILLY,[***]
District Judge.

    Plaintiffs-Appellants Kenneth Ingram and Wylie Harrison appeal the district

court's grant of summary judgment in favor of Defendant-Appellee RTW, Inc.

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    [***]    The Honorable Thomas S. Zilly, United States District Judge for the
Western District of Washington, sitting by designation.

After careful consideration of the briefs, record, and oral arguments made by the parties, we affirm the judgment of the district court for reasons set forth in the district court's order dated September 21, 2016, granting summary judgment to RTW, Inc.

**AFFIRMED.**